# UNITED STATES DISTRICT COURT

# WESTERN DISTRICT OF LOUISIANA

# LAKE CHARLES DIVISION

| CHRISTOPHER KEITH STANLEY | CIVIL ACTION NO. 17-0304 |
|---|---|
| | SECTION P |
| VERSUS | JUDGE ROBERT G. JAMES |
| CALVIN JOHNSON | MAG. JUDGE KATHLEEN KAY |

## JUDGMENT

For the reasons contained in the Report and Recommendation of the Magistrate Judge previously filed herein, and after a *de novo* review of the entire record, including the written objections filed herein, and concurring with the Magistrate Judge's findings under the applicable law,

IT IS ORDERED, ADJUDGED, AND DECREED that Petitioner Calvin Johnson's Petition for Writ of *Habeas Corpus*, pursuant to 28 U.S.C. § 2241, is DISMISSED WITH PREJUDICE.

MONROE, LOUISIANA, this 21st day of May, 2018.

_____
ROBERT G. JAMES
UNITED STATES DISTRICT JUDGE